ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :     INDICTMENT

     - v. -                        :     07 Cr. 670

CARLOS SERRANO,                     :

           Defendant.           :

- - - - - - - - - - - - - - - - - - - x

        The Grand Jury charges:

        1. On or about January 11, 2007, in the Southern District of New York, CARLOS SERRANO, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

        2. It was a part and object of the conspiracy that CARLOS SERRANO, the defendant, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## OVERT ACTS

3.  In furtherance of the conspiracy and to effect the illegal object thereof, CARLOS SERRANO, the defendant, committed the following overt act, among others, in the Southern District of New York:

    a.  On or about January 11, 2007, SERRANO traveled to the vicinity of Balcom Avenue and Dewey Street in the Bronx, New York to sell heroin.

    b.  On or about January 11, 2007, a co-conspirator not named herein traveled to New Rochelle, New York with a quantity of heroin.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney