UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :     ORDER
                                        DIRECTING REPORT
        - v. -                   :     <u>BY PSYCHIATRIC EXAMINER</u>

                                 :

CARLOS SERRANO,
                                 :     07 Cr. 670 (CLB)
              Defendant.
                                 :

- - - - - - - - - - - - - - - - - - -x

   Upon the information contained in the Indictment filed in the above-captioned case, and upon the application in Court of the United States by Brent Wible, attorney for the Government, that the defendant, CARLOS SERRANO, undergo a mental health examination and assessment to determine whether the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, it is hereby:

   ORDERED, that the defendant be committed to the custody of the Attorney General, for a period not to exceed 30 days, who shall ensure that a psychiatric examination of the defendant is conducted in a suitable facility to be designated by the Bureau of Prisons, and that a report of the defendant's mental condition be filed with the Court as soon as is practicable. If the report includes an opinion by the examiner that the defendant is presently suffering from a mental disease or defect but that it

is not such as to require his custody for care or treatment in a suitable facility, that the report shall also include an opinion by the examiner concerning alternatives that could best accord the defendant the kind of treatment he does deserve.

IT IS FURTHER ORDERED that the examiner be permitted to consult with the mental health staff of the Westchester County Jail concerning the defendant's treatment and mental condition and that copies of any and all of defendant's psychological/psychiatric records from the Westchester County Jail be provided to the examiner;

IT IS FURTHER ORDERED that payment for the reasonable fees incurred in connection with the above-described services shall be made by the United States Attorney's Office.

Dated: 26 day of July, 2007
White Plains, New York

                                        *Charles Brieant*
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK