Carlos A Serrano, Real Party
in interest.
P.O.Box #10
Valhalla, N.Y. 10595

Date:Aug.6, 2007

Charles L. Brieant dba Judge
UNITED STATES DISTRIC COURT,
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601

RE:case/account No.07cr.670

Dear: Judge Brieant

    This Notice is to inform you as to the court that Attorney Michael Keesee is fired. From this point on, I am going to do my own filing. Thank you for your time and patience concerning this matter.

By: _Carlos A. Serrano Lopez_ Agent

CC; Michael Keesee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :    ORDER
                                     DIRECTING REPORT
        - v. -                  :    BY PSYCHIATRIC EXAMINER

                                :
CARLOS SERRANO,
                                :    07 Cr. 670 (CLB)

            Defendant.          :

- - - - - - - - - - - - - - - -x

        Upon the information contained in the Indictment filed in the above-captioned case, and upon the application in Court of the United States by Brent Wible, attorney for the Government, that the defendant, CARLOS SERRANO, undergo a mental health examination and assessment to determine whether the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, it is hereby:

        ORDERED, that the defendant be committed to the custody of the Attorney General, for a period not to exceed 30 days, who shall ensure that a psychiatric examination of the defendant is conducted in a suitable facility to be designated by the Bureau of Prisons, and that a report of the defendant's mental condition be filed with the Court as soon as is practicable. If the report includes an opinion by the examiner that the defendant is presently suffering from a mental disease or defect but that it

Case 7:07-cr-00670-CLB    Document 16    Filed 07/27/2007    Page 2 of 2

is not such as to require his custody for care or treatment in a suitable facility, that the report shall also include an opinion by the examiner concerning alternatives that could best accord the defendant the kind of treatment he does deserve.

IT IS FURTHER ORDERED that the examiner consult with the mental health staff of the Westchester County Jail concerning the defendant's treatment and mental condition and that copies of any psychiatric and psychological records from the Westchester County Jail be provided to the examiner;

IT IS FURTHER ORDERED that payment of the reasonable fees incurred in connection with the above-described services shall be made by the United States Attorney's Office.

Dated: 26 day of July, 2007
White Plains, New York

_Charles Brieant_
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INDICTMENT

- v. - : 07 Cr. 670

CARLOS SERRANO, :

            Defendant. :

- - - - - - - - - - - - - - - - - - x

The Grand Jury charges:

    On or about January 11, 2007, in the Southern District of New York, CARLOS SERRANO, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

    2. It was a part and object of the conspiracy that CARLOS SERRANO, the defendant, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, CARLOS SERRANO, the defendant, committed the following overt act, among others, in the Southern District of New York:

a. On or about January 11, 2007, SERRANO traveled to the vicinity of Balcom Avenue and Dewey Street in the Bronx, New York to deal heroin.

b. On or about January 11, 2007, a co-conspirator not named herein traveled to New Rochelle, New York with a quantity of heroin.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney