UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. 9/03

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

CARLOS A. SERRANO,

                        Defendant.

-----------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Cr. 00670 (CLB)(LMS)

      The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

\_\_\_ Settlement*

✓ Appoint stand-by counsel

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____
    _____

    All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
          September 10, 2007

*Charles L. Brieant*
United States District Judge