**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6335, (646) 836-7712 (Fax)

September 27, 2007

Honorable Charles Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

Re:   **NAME: SERRANO, CARLOS**
      **REGISTER NUMBER: 84736-054**
      **CRIMINAL NUMBER: 07-CR-670 (CLB)**

Dear Judge Brieant:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241 dated July 26, 2007, in the case of Mr. Carlos Serrano.

Mr. Carlos Serrano was designated at the Metropolitan Correctional Center, New York on September 19, 2007. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival, which would conclude on October 19, 2007.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

James N. Cross
Warden

JNC/WR/wr