UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NOTICE OF APPEARANCE AND REQUEST |
| | ) FOR ELECTRONIC NOTIFICATION |
| CARLOS SERRANO, | ) 07 Cr. 0670 |
| | ) |
| Defendants. | ) |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York

      By:   /s/ Nicholas L. McQuaid
                Nicholas L. McQuaid
                Assistant United States Attorney
                (914) 993-1936
                Nicholas.McQuaid@usdoj.gov