

# BLEAKLEY PLATT
NEW YORK — CONNECTICUT

MARY ANNE WIRTH
914.287.6108
MAWIRTH@BPSLAW.COM

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

November 19, 2007

(BY FACSIMILE – 914-390-4085)
Honorable Charles L. Brieant
United States District Judge
United States District Courthouse
300 Quarropas Street - 2nd Floor
White Plains, NY 10601

Application granted. Conference now scheduled for
12/12/2007 at 9.30.
Time is excluded under the Speedy Trial Act through
December 12, 2007.
SO ORDERED _Charles L. Brieant_ U.S.D.J.
Dated: 11-29-07

Re: USA v. Serrano
07 Cr. 670 (CLB)

Dear Judge Brieant:

I have just been appointed to represent Carlos Serrano in the above case.

Mr. Bell's case was next on the Court's calendar on November 28, 2007. Unfortunately, I have a conflict on that date and must appear in another court on another matter. Pursuant to my telephone conversation with AUSA Brent S. Wible and Your Honor's Clerk, I ask that this matter be adjourned until December 12, 2007 at 9:30 a.m. This will also give me some time to review the file and meet with Mr. Serrano. On behalf of Mr. Serrano, I consent to the exclusion of the time between November 28, 2007 and December 12, 2007 from the Speedy Trial Calendar.

I can be reached at 914-287-6108. Thank you.

Very truly yours,

Mary Anne Wirth

cc: AUSA Brent S. Wible (by facsimile)