# BLEAKLEY PLATT

NEW YORK · CONNECTICUT

MARY ANNE WIRTH
914.287.6108
MAWIRTH@BPSLAW.COM

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

December 10, 2007

(BY FACSIMILE – 914-390-4085)
Honorable Charles L. Brieant
United States District Judge
United States District Courthouse
300 Quarropas Street - 2nd Floor
White Plains, NY 10601

Re: USA v. Serrano
07 Cr. 670 (CLB)

**MEMO ENDORSED**

Application Granted. The Court finds excluded time under the Speedy Trial Act through January 17, 2008 at 9:30 AM — So Ordered
Dec. 11, 2007

Charles L. Brieant
USDJ

Dear Judge Brieant:

I represent Carlos Serrano in the above case. This case was next scheduled for a conference before Your Honor on December 12, 2007 at 9:30 am. Because the government and I are currently engaged in plea negotiations, I request that this case be adjourned until January 17, 2008 at 9:30 am. On behalf of Mr. Serrano, I consent that the time between December 12, 2007 and January 17, 2008 may be excluded for the purposed of the Speedy Trial Calendar.

I can be reached at 914-287-6108. Thank you.

Very truly yours,

Mary Anne Wirth

cc: AUSA Nicholas L. McQuaid (by facsimile)(914-993-9036)